U.S. District Court
NOV 2 0 2019
FILED
Stephen C. Dries, Clerk

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 19 M 760

A USPS Priority Mail parcel with tracking number 9505 5137 1924 9317 6220 72 addressed to "Marcella Meyers, 458 W. 5th Ave, Oshkosh, Wi (sic) 54902" with a return address of "Kari Wilson, 2146 W. Kiva Ave, Mesa, AZ 85202."

TO: Any authorized officer of the United States:

### SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

A USPS Priority Mail parcel with tracking number 9505 5137 1924 9317 6220 72 addressed to "Marcella Meyers, 458 W. 5th Ave, Oshkosh, Wi (sic) 54902" with a return address of "Kari Wilson, 2146 W. Kiva Ave, Mesa, AZ 85202."

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, proceeds related to the sale of controlled substances, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before  11-28-19 , 2019
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued  Nov 18 , 2019;  2:16  p.m.

*Judge's signature*

City and state: Green Bay, Wisconsin

THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 19-M-760 | November 18, 2019 at 2:35 PM | USPS |

Inventory made in the presence of
DEA TFO Jeremiah Winscher

Inventory of person or property taken and name of any person(s) seized:

USPS Priority Mail parcel with tracking number 9505 5137 1924 9317 6220 72 contained a large Ziplock bag wrapped in a Styrofoam type sheet. This Ziplock bag held two bundles of a white crystalline substance. Both bundles were wrapped in plastic wrap. One bundle was wrapped in clear plastic wrap while the other was purple in color. The total approximate weight of both bundles was 957 grams. DEA TFO Winscher conducted a test of the white crystalline substance in each bundle using the Methamphetamine/MDMA (Ecstasy) Reagent field test and received a positive result for both tests.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/20/2019

_(Executing officer's signature)_

Subscribed, sworn to, and returned before me this date.

MATT SCHMITZ, U.S. POSTAL INSPECTOR
_(Printed name and title)_

11/20/19
_(Date)_

_(U.S. Judge or Magistrate Judge)_